Junior SIMPKINS, Appellant,

v.

The STATE of Texas, Appellee.

No. 27116.

Court of Criminal Appeals of Texas.

Oct. 27, 1954.

No attorney on appeal.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The offense is burglary; the punishment, 5 years.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.